IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARCHAND SINGH, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:26-cv-1986-N-BN |
| | § | |
| WARDEN PRAIRIELAND DETENTION | § | |
| CENTER, ET AL., | § | |
| | § | |
| Respondents. | § | |

## ORDER REQUIRING SERVICE AND SETTING BRIEFING SCHEDULE

Petitioner Harchand Singh, detained by U.S. Immigration and Customs Enforcement at the Prairieland Detention Center, in the Dallas Division of this district, filed an application for a writ of habeas corpus under 28 U.S.C. § 2241 on June 17, 2026 and with the assistance of counsel. *See* Dkt. No. 1.

Senior United States District Judge David C. Godbey referred this habeas action to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b) and a standing order of reference.

The Court requests that the Clerk of Court electronically serve a copy of this order, together with a copy of the petition and its attachments, if any, on the United States Attorney for the Northern District of Texas.

That office must file, by **August 17, 2026**, an answer, motion, or other response to the petition (the "Response").

And Petitioner may submit a reply brief to the Response within **30 days** from the date of service of the Response. Any reply filed must be limited to the arguments

- 2 -

raised in the Response and shall not include any new allegations of fact or new grounds for relief.

SO ORDERED.

DATED: July 13, 2026

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE